IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY JACKSON, Inmate #14650-057,      )<br>      )<br>            Plaintiff,            )<br>      )<br>vs.      )<br>      )<br>THE UNITED STATES OF AMERICA,      )<br>ATTORNEY GENERAL GONZALES,      )<br>DIRECTOR LAPPIN, M. NALLEY,      )<br>WARDEN DAVIS, ASSISTANT      )<br>WARDEN KRUGER, THE BUREAU OF      )<br>PRISONS, and THE DEPARTMENT OF      )<br>JUSTICE,      )<br>      )<br>            Defendants.            ) | CIVIL NO. 06-258-MJR |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.


March 5, 2007                                    By:   **s/ Michael J. Reagan**
*Date*                                                            *District Judge*